# EXHIBIT A

## Trademarks > Trademark Electronic Search System (TESS)

*TESS was last updated on Fri Oct 10 03:21:02 EDT 2014*

 **Record 11 out of 11**



# Typed Drawing

| | |
|---|---|
| **Word Mark** | BOYS & GIRLS CLUBS |
| **Goods and Services** | IC 200. US 200. G & S: INDICATING MEMBERSHIP IN AN ORGANIZATION FORMED TO ORGANIZE AND ENCOURAGE GROUPS OF YOUNG PEOPLE THROUGHOUT THE UNITED STATES IN ORDER TO PROMOTE HEALTH, SOCIAL, EDUCATIONAL, VOCATIONAL AND CHARACTER DEVELOPMENT. FIRST USE: 19790522. FIRST USE IN COMMERCE: 19790522 |
| **Mark Drawing Code** | (1) TYPED DRAWING |
| **Serial Number** | 73608803 |
| **Filing Date** | July 10, 1986 |
| **Current Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Published for Opposition** | February 23, 1988 |
| **Registration Number** | 1619224 |
| **Registration Date** | October 23, 1990 |
| **Owner** | (REGISTRANT) BOYS' CLUBS OF AMERICA INC. CORPORATION UNITED STATES 771 FIRST AVENUE NEW YORK NEW YORK 10017<br><br>(LAST LISTED OWNER) BOYS AND GIRLS CLUBS OF AMERICA, INC. CORPORATION BY CHANGE OF NAME UNITED STATES 1230 WEST PEACHTREE STREET, N.W. ATLANTA GEORGIA 30309 |
| **Assignment Recorded** | ASSIGNMENT RECORDED |
| **Attorney of Record** | Donald C. Lucas |
| **Prior** | 0720143;1231095 |

| | |
|---|---|
| **Registrations** | |
| **Type of Mark** | COLLECTIVE MEMBERSHIP MARK |
| **Register** | PRINCIPAL-2(F) |
| **Affidavit Text** | SECT 15. SECT 8 (6-YR). SECTION 8(10-YR) 20100203. |
| **Renewal** | 2ND RENEWAL 20100203 |
| **Live/Dead Indicator** | LIVE |

TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP | PREV LIST | CURR LIST | NEXT LIST | FIRST DOC | PREV DOC | NEXT DOC | LAST DOC

| .HOME | SITE INDEX | SEARCH | eBUSINESS | HELP | PRIVACY POLICY

# EXHIBIT B

United States Patent and Trademark Office

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

**Trademarks > Trademark Electronic Search System (TESS)**

*TESS was last updated on Fri Oct 10 03:21:02 EDT 2014*

TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP | PREV LIST | CURR LIST | NEXT LIST | FIRST DOC | PREV DOC | NEXT DOC | LAST DOC

[Logout] Please logout when you are done to release system resources allocated for you.

[Start] List At: OR [Jump] to record: **Record 4 out of 4**

---

TSDR | ASSIGN Status | TTAB Status *( Use the "Back" button of the Internet Browser to return to TESS)*

BOYS CLUBS
OF AMERICA

| | |
|---|---|
| **Word Mark** | BOYS CLUBS OF AMERICA |
| **Goods and Services** | (CANCELLED) IC 016. US 038. G & S: Printed Materials-Namely, Books, Photographs, Pamphlets, Newsletters and Magazines. FIRST USE: 19801015. FIRST USE IN COMMERCE: 19801015 |
| **Mark Drawing Code** | (3) DESIGN PLUS WORDS, LETTERS, AND/OR NUMBERS |
| **Design Search Code** | 02.11.07 - Arms; Fingers; Hands; Human hands, fingers, arms<br>26.15.12 - Polygons with bars, bands and lines<br>26.15.28 - Miscellaneous designs with overall polygon shape; Polygonal shapes (miscellaneous overall shape) |
| **Serial Number** | 73373099 |
| **Filing Date** | July 6, 1982 |
| **Current Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Published for Opposition** | December 21, 1982 |
| **Registration Number** | **1231095** |
| **Registration Date** | March 15, 1983 |
| **Owner** | (REGISTRANT) Boys Clubs of America Inc. federally chartered corporation UNITED STATES 771 First Ave. New York NEW YORK 10017 |
| **Assignment** | |

| | |
|---|---|
| **Recorded** | ASSIGNMENT RECORDED |
| **Attorney of Record** | DAVID L. JUST |
| **Prior Registrations** | 0396339;0396340;0720143 |
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL |
| **Affidavit Text** | SECT 8 (6-YR). |
| **Live/Dead Indicator** | DEAD |
| **Cancellation Date** | March 18, 2013 |

TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP | PREV LIST | CURR LIST | NEXT LIST | FIRST DOC | PREV DOC | NEXT DOC | LAST DOC

| .HOME | SITE INDEX | SEARCH | eBUSINESS | HELP | PRIVACY POLICY

United States Patent and Trademark Office



## Trademarks > Trademark Electronic Search System (TESS)

*TESS was last updated on Fri Oct 10 03:21:02 EDT 2014*

 **Record 4 out of 4**

 ***( Use the "Back" button of the Internet Browser to return to TESS)***




| | |
|---|---|
| **Word Mark** | BOYSCLUB BOYS' CLUBS OF AMERICA |
| **Goods and Services** | IC 200. US 200. G & S: Indicating Membership in the Applicant; Said Organization and Its Predecessor-In-Title Being Formed to Organize and Encourage Clubs of Boys Throughout the United States in Order to Promote Health, Social, Educational, Vocational and Character Development. FIRST USE: 19410000. FIRST USE IN COMMERCE: 19410000 |
| **Mark Drawing Code** | (3) DESIGN PLUS WORDS, LETTERS, AND/OR NUMBERS |
| **Design Search Code** | 13.01.02 - Blow torch; Propane torches; Torches; Welding torch<br>24.09.07 - Advertising, banners; Banners<br>26.15.27 - Keystones |
| **Serial Number** | 72098199 |
| **Filing Date** | June 1, 1960 |
| **Current Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Registration Number** | 0720143 |
| **Registration Date** | August 15, 1961 |
| **Owner** | (REGISTRANT) Boys' Clubs of America national corporation UNITED STATES 381 4TH AVE. New York NEW YORK<br><br>(LAST LISTED OWNER) BOYS & GIRLS CLUBS OF AMERICA CORPORATION BY CHANGE OF |

| | |
|---|---|
| | NAME UNITED STATES 1230 WEST PEACHTREE STREET, NW ATLANTA GEORGIA 30309 |
| **Assignment Recorded** | ASSIGNMENT RECORDED |
| **Attorney of Record** | Donald C. Lucas |
| **Prior Registrations** | 0396339;0396340 |
| **Type of Mark** | COLLECTIVE MEMBERSHIP MARK |
| **Register** | PRINCIPAL |
| **Affidavit Text** | SECT 15. SECT 8 (6-YR). SECTION 8(10-YR) 20110718. |
| **Renewal** | 3RD RENEWAL 20110718 |
| **Live/Dead Indicator** | LIVE |

---

TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP | PREV LIST | CURR LIST | NEXT LIST | FIRST DOC | PREV DOC | NEXT DOC | LAST DOC

---

| .HOME | SITE INDEX | SEARCH | eBUSINESS | HELP | PRIVACY POLICY

## Trademarks > Trademark Electronic Search System (TESS)

*TESS was last updated on Fri Oct 10 03:21:02 EDT 2014*



[Logout] Please logout when you are done to release system resources allocated for you.

[Start] List At: OR [Jump] to record: **Record 5 out of 5**

TSDR | ASSIGN Status | TTAB Status ***( Use the "Back" button of the Internet Browser to return to TESS)***

# BoyscluB

| | |
|---|---|
| **Word Mark** | BOYSCLUB |
| **Goods and Services** | (EXPIRED) IC 016. US 038. G & S: MONTHLY MAGAZINE. FIRST USE: 19410715. FIRST USE IN COMMERCE: 19410715 |
| **Mark Drawing Code** | (5) WORDS, LETTERS, AND/OR NUMBERS IN STYLIZED FORM |
| **Serial Number** | 71451222 |
| **Filing Date** | February 26, 1942 |
| **Current Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Registration Number** | 0396339 |
| **Registration Date** | July 7, 1942 |
| **Owner** | (LAST LISTED OWNER) BOYS' CLUBS OF AMERICA, INC. UNKNOWN NEW YORK, N.Y. |
| **Assignment Recorded** | ASSIGNMENT RECORDED |
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL |
| **Live/Dead Indicator** | DEAD |

**United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

# Trademarks > Trademark Electronic Search System (TESS)

*TESS was last updated on Fri Oct 10 03:21:02 EDT 2014*

TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP | PREV LIST | CURR LIST | NEXT LIST | FIRST DOC | PREV DOC | NEXT DOC | LAST DOC

[Logout] Please logout when you are done to release system resources allocated for you.

[Start] List At: OR [Jump] to record: **Record 5 out of 5**

---

TSDR | ASSIGN Status | TTAB Status ***( Use the "Back" button of the Internet Browser to return to TESS)***




| | |
|---|---|
| **Word Mark** | BOYSCLUB |
| **Goods and Services** | (EXPIRED) IC 016. US 038. G & S: MONTHLY MAGAZINE |
| **Mark Drawing Code** | (3) DESIGN PLUS WORDS, LETTERS, AND/OR NUMBERS |
| **Design Search Code** | 13.01.02 - Blow torch; Propane torches; Torches; Welding torch<br>26.15.27 - Keystones |
| **Serial Number** | 71451223 |
| **Filing Date** | February 26, 1942 |
| **Current Basis** | UNKNOWN |
| **Original Filing Basis** | UNKNOWN |
| **Registration Number** | **0396340** |
| **Registration Date** | July 7, 1942 |
| **Owner** | (LAST LISTED OWNER) BOYS' CLUBS OF AMERICA, INC. UNKNOWN NEW YORK, N.Y. |
| **Assignment Recorded** | ASSIGNMENT RECORDED |
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL |
| **Live/Dead Indicator** | DEAD |

---

TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP | PREV LIST | CURR LIST | NEXT LIST | FIRST DOC | PREV DOC | NEXT DOC | LAST DOC

|.HOME | SITE INDEX| SEARCH | eBUSINESS | HELP | PRIVACY POLICY

# EXHIBIT C

BOYS & GIRLS CLUBS
OF AMERICA

December 12, 2012

**VIA CERTIFIED MAIL**
Mr. David Perez
P.O. Box 3366
La Puente, CA 91744-0366

Mr. Clayton Hollopeter
BGC of San Gabriel Valley
2740 Mountain View Road
El Monte, CA 91732-3428

Re: Boys & Girls Club of San Gabriel Valley
Global ID#10722

Dear Mr. Perez and Mr. Hollopeter:

This is to advise you that Boys & Girls Clubs of America has taken action to drop the Boys & Girls Club of San Gabriel Valley from membership in Boys & Girls Clubs of America, effective immediately. The Board of Governors can authorize the President to act on its behalf to terminate the membership of any organization that is not meeting the requirements for membership and operating standards. Based on information and investigation we have concluded your organization is not meeting minimum safety standards.

With the revocation of your organization's membership charter all rights and privileges of membership in Boys & Girls Clubs of America will be terminated, including the use of the name "Boys & Girls Club(s)" and the use of the service mark. Therefore, we must insist that, effective immediately you remove and discontinue use of the name "Boys & Girls Club," including all corporate listings or registrations, all signage and other postings on facilities, properties, web sites, etc., discontinue the use of all items bearing the "Boys & Girls Club" name and/or service mark, including, but not limited to, stationery items, business cards, brochures, flyers, posters, or printed materials, and also discontinue the use of all Boys & Girls Club slogans, trademarks, programs, and any and all other Boys & Girls Club items. Please provide proof of either a change of name or dissolution of the Boys & Girls Club legal entity within thirty (30) days.

Should you have any questions or concerns, please feel free to contact me.

Sincerely,

James L. Clark
President & CEO

cc: Lou Suquett, Regional Service Director
David Sykes, Regional Vice President
Lorraine Orr, Senior Vice President, Field Services

# EXHIBIT D

BOYS & GIRLS CLUBS
OF AMERICA

Direct Line: 404-487-5782
E-Mail: lorr@bgca.org

**VIA CERTIFIED AND REGULAR MAIL**
Mr. David Perez
P.O. Box 3366
La Puente, CA 91744-0366

Mr. Clayton Hollopeter
2740 Mountain View Road
El Monte, CA 91732-3428

*Re: Police records*
*Unauthorized Use of Boys & Girls Club Marks*

Dear Mr. Perez and Mr. Hollopeter:

Please find enclosed a copy of the police records promised to you relating to criminal activity at 2740 Mountain View Road. These records were reviewed by Boys & Girls Clubs of America as part of its determination that the premises did not meet the minimum safety standards.

It has come to my attention that your organization is continuing to utilize the service mark and name of Boys & Girls Clubs of America. As set forth in our letter of December 12, 2012, with the revocation of your organization's membership charter all rights and privileges of membership in Boys & Girls Clubs of America were terminated, including the use of the name "Boys & Girls Club(s)" and the use of the service mark. Therefore, we must insist that, effective immediately you remove and discontinue use of the name "Boys & Girls Club," including all corporate listings or registrations, all signage and other postings on facilities, properties, web sites, etc., discontinue the use of all items bearing the "Boys & Girls Club" name and/or service mark, including, but not limited to, stationery items, business cards, brochures, flyers, posters, or printed materials, and also discontinue the use of all Boys & Girls Club slogans, trademarks, programs, and any and all other Boys & Girls Club items. Please provide proof of either a change of name or dissolution of the Boys & Girls Club legal entity within thirty (30) days.

While we hope that we can amicably resolve this issue, please be advised that should the unauthorized use of the Boys & Girls Club name and service mark continue, Boys & Girls Clubs of America will be forced to take all available and necessary legal action(s) to protect its name. Please feel free to call me directly should you have any questions or concerns regarding this letter or Boys & Girls Clubs of America.

Sincerely,

Lorraine Orr
SVP, Organizational Executive Development Services
Boys & Girls Clubs of America

FW4989 AUG 13, 2013 ACT WT 6.4 LBS #PK 1
SVC 3DS BL WT 7.0 LBS
TRACKING# 1ZFW49891249800306 ALL CURRENCY USD
ACCOUNT CODE: 01-8321-1000-0
REF 2:1010-110

HC 0.00 CNS 0.00 FRT: SHP
SHIPMENT NR RATE CHARGES: SVC 22.68 USD
DV 0.00 COD 0.00 RS 0.00
DC 0.00 DGD 0.00
AH 0.00 PR 0.00 ROD 0.00
TOT NR CHG 22.68 NR+HANDLING 22.68

U.S. Postal Service™
CERTIFIED MAIL™ RECEIPT
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | | |
|---|---|---|
| Postage | $ | 8.13.13 |
| Certified Fee | | Postmark Here |
| Return Receipt Fee (Endorsement Required) | | |
| Restricted Delivery Fee (Endorsement Required) | | |
| Total Postage & Fees | $ | |

Sent To DAVID PEREZ
Street, Apt. No.; or PO Box No. P.O. BOX 3364
City, State, ZIP+4 LA PUENTE, CA 91744-0366

PS Form 3800, August 2006 See Reverse for Instructions

7011 1150 0001 0870 4653

# EXHIBIT E

- Home â†'
- News

## Board shuts down El Monte Boys & Girls Club amid allegations of gang activity




The board voted last week to close the Boys & Girls Club in El Monte amid allegations the El Monte Flores gang conducts gang activity there. photo by rebecca kimitch

By Rebecca Kimitch, The San Gabriel Valley Tribune

Posted: 08/31/14, 5:29 PM PDT | Updated: on 08/31/2014

1 Comment

EL MONTE >> Leaders have closed the doors of the former Boys & Girls Club on Mountain View Road amid allegations gang members with ties to the Mexican Mafia hold meetings and sell drugs there.

With hopes of "clearing the air," the organization's board of directors voted last week to close the facility to the public, ceasing all of its on-site youth programs, according to board president Dave Perez.

"The board just thought, let's clear the air, let's close down for a little while. If there is a great need in the community, the community will tell us," he said.

"We definitely want to open again… hopefully by the first of the year," he added.

According to the Drug Enforcement Administration, members of El Monte Flores, who have connections to the Mexican Mafia, have used the club to hold meetings, sell drugs and collect extortion "taxes." The allegations were part of a federal racketeering indictment released last month, under which 41 people were indicted on charges ranging from murder to drug trafficking to money laundering.

Executive director Clay Hollopeter denies the allegations and was frustrated by the closure.

"It is just so harmful for all the children who used to come, to the many teams that play soccer here, to the kids that do judo, to the kids who come in and do arts and crafts — all those kids are just locked out," he said. "All of that is gone, all taken away, for no good reason because we are not a hang-out for gangs and never were."

Perez didn't have specific changes the board would like to make to the club before it reopens. It does intend to earn back the club's charter with the Boys & Girls Clubs of America.



Advertisement

The club was for years affiliated with the national organization, but lost its charter in 2012 after agents from the DEA contacted the Boys & Girls Clubs of America with their concerns about the facility.

The local club has since gone by the name Boys Club of the San Gabriel.

Officials from Boys & Girls Clubs of America did not respond to questions regarding what the club would need to do to win its charter back.

Perez said he and other board members don't believe the allegations, "but we are going to have to be more vigilant to make the community feel safe."

For El Monte resident Amelia Alvarez, who has lived a few blocks from the club for decades, they have a lot of work to do.

"If you speak to any parent around here, instead of attracting people, nobody wanted to have anything to do with that place," she said. "People would like to take advantage, but there are always a bunch of cholos, gang bangers there, so parents are intimidated. They don't want to send their kids there."

Alvarez, who is part of a community clean-up group with the El Monte Police Department, said she visited the facility to see why she heard such negative things.

"None of it was appealing. The computer room was atrocious. The kids reading room was not appealing. There are pool tables, why are their pool tables in a place for kids?" she asked.

And Alvarez objects to one of the club's biggest programs — a weekly food bank. She said while the food bank is important, another organization should provide it, not one meant to serve kids.

"It's a lot of men that come, some homeless. Parents aren't going to send their kids someplace with men hanging around," she said.

The food bank is one of the only programs that was not shut down by the club's board. It will remain open Fridays for at least the next three months, Perez said.

**About the Author**