JS-6

ALEXA L. LEWIS (SBN 235867)
  all@msk.com
DANIEL A. KOHLER (SBN 285501)
  dxk@msk.com
MITCHELL SILBERBERG & KNUPP LLP
11377 West Olympic Boulevard
Los Angeles, CA  90064-1683
Telephone:  (310) 312-2000
Facsimile:   (310) 312-3100

Attorneys for Plaintiff
Boys & Girls Clubs of America, Inc.

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOYS & GIRLS CLUBS OF AMERICA, INC.,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>BOYS CLUB OF SAN GABRIEL VALLEY D/B/A BOYS & GIRLS CLUB OF SAN GABRIEL VALLEY,<br><br>　　　　Defendant. | CASE NO. CV 14-8126-GW(JCx)<br><br>Honorable George H. Wu<br><br>**ORDER GRANTING PERMANENT INJUNCTION** |

Mitchell Silberberg & Knupp LLP

6840094.1

1  Plaintiff Boys & Girls Clubs of America, Inc. ("Plaintiff") and Defendant
2  Boys Club of San Gabriel Valley d/b/a Boys & Girls Club of San Gabriel Valley
3  ("Defendant") having entered into a Stipulation for Entry of Permanent Injunction,
4  and good cause appearing therefor,

6  IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that Defendant
7  is enjoined from:

9  1)   Using or referencing, in the advertisement, marketing, fundraising,
10 promotion, offering for sale, provision, or sale of any programs or services,
11 BGCA's trademarks "BOYS & GIRLS CLUBS," Registration Number 1,619,224,
12 and "BOYS CLUBS OF AMERICA," Registration No. 720,143, or any colorable
13 imitations thereof, including but not limited to the following marks: GIRLS
14 CLUBS OF AMERICA, BOYS AND GIRLS CLUB OF AMERICA, BOYS
15 CLUBS and GIRLS CLUBS;
16 2)   Expressly or impliedly representing itself to actual or potential club
17 attendees, donors, grant finders, sponsors, volunteers, community members, or the
18 public as being affiliated with BGCA in connection with the provision, offer, sale,
19 advertisement, marketing, or promotion of Defendant's programs or services or the
20 promotion of its business;
21 3)   Representing by words or conduct that its business or any program or
22 service provided, offered, advertised, sold, or rendered by Defendant is authorized,
23 sponsored, or endorsed by, or otherwise connected with, BGCA; and
24 4)   Otherwise infringing or diluting BGCA's trademarks "BOYS &
25 GIRLS CLUBS" and "BOYS CLUBS OF AMERICA."

Mitchell Silberberg & Knupp LLP

6840094.1

1

The Court further orders as follows:

5) Within 30 days of the entry of this Order, Defendant shall provide to BGCA proof, in writing, that it has changed its name to an entity that does not use, refer to, or resemble the "BOYS & GIRLS CLUBS" or "BOYS CLUBS OF AMERICA" name or mark or that it has dissolved as a legal entity.

6) The Parties agree that BGCA shall retain certain rights with respect to Defendant's failure to fully comply with the provisions of this Order, including the right to seek the contempt powers of the Court; the right to invoke the procedures and/or assistance of law enforcement agencies; and the right to seek modification or amendment of the terms of this Order by the Court.

7) Upon resolution of this action, the Court shall retain jurisdiction for purposes of resolving disputes arising from this Order, modifying the Order, or enforcing compliance with the Order.

8) The effective date of this Order shall be the date upon which it is entered by the Court.

SO ORDERED.

DATED: May 15, 2015

_____
Honorable George H. Wu
United States District Judge